**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
MUHARREM BALKANLI,                              :
                                                :
                          Petitioner,           :
          -against-                             :          MEMORANDUM
                                                :
                                                :
U.S. HOMELAND SECURITY, BUREAU OF               :          09 Civ. 749 (GBD)
IMMIGRATION AND CUSTOMS                         :
ENFORCEMENT,                                    :
                                                :
                          Respondent.           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE B. DANIELS, United States District Judge:

This Court is in receipt of a *pro se* letter from Petitioner Muharrem Balkanli dated February 13, 2026 (the "Letter", ECF No. 13). The Letter seeks to "re-open and restore [petitioner's] habeas corpus filing back on [this] Court's calendar..." (*Id.* at 1.)[1]

To the extent the submission seeks habeas relief for Petitioner's current immigration detention, such a petition must be filed in the district where the petitioner is confined, and the proper respondent is the petitioner's immediate custodian. *See Rumsfeld v. Padilla*, 542 U.S. 426, 427–29 (2004) (explaining that, as a general rule, "the proper respondent is the warden of the facility where the prisoner is being held," and that a 28 U.S.C. § 2241 petition must be filed in the district of confinement).

Based on the address listed in the Letter, Petitioner appears to have been detained in Batavia, New York. (Letter at 1.) Batavia lies within the United States District Court for the

---

[1] Muharrem Balkanli brought a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 on January 29, 2009. (Petition, ECF No. 1.) Magistrate Judge Michael H. Dolinger determined that petitioner was released from custody on May 22, 2009 after a bond hearing before an Immigration Judge. (Report and Recommendation, "Report", ECF No. 10 at 1-2.) Judge Dolinger accordingly recommended in the Report that the writ be denied and the petition dismissed. (Report at 3.) This Court reviewed and adopted the Report, denied the writ and dismissed the petition. (Order Adopting Report and Recommendation, ECF No. 11.)

Western District of New York.  According to the ICE Online Detainee Locator maintained by U.S. Immigration and Customs Enforcement, Petitioner appears to be currently detained at Miami Correctional Center, Bunker Hill, Indiana.  *See* U.S. Immigration & Customs Enf't, *ICE Online Detainee Locator System*, https://locator.ice.gov (last visited Mar. 10, 2026).  Bunker Hill lies within the United States District Court for the Northern District of Indiana.  Because Petitioner is not confined within this District, this Court is not the proper forum to address Petitioner's current detention.  *See Padilla*, 542 U.S. at 442–43.

This Court's August 20, 2009 Order denying the writ and dismissing the petition was final, and the above-captioned case remains closed. (*See* Order Adopting Report and Recommendation, ECF No. 11; *see also* Clerk's Judgment, ECF No. 12.)  To the extent Petitioner seeks habeas relief from his current immigration detention, such relief must be pursued through a new petition, filed in proper form under 28 U.S.C. § 2241, in the district where he is confined.

Dated: March 10, 2026  
     New York, New York

SO ORDERED.

*George B Daniel*  
GEORGE B. DANIELS  
United States District Judge